**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7464

JAYSON BRADLEY WHITE,

Plaintiff - Appellant,

and

JEREMY SALISBURY; JAMIE HICKS; SHAUN DUKE; THOMAS HOLCOMB; TREYLYN JO FULTZ; JAMES HENRY JONES; DUSTIN ALAN CONLEY; JONTE P. WASHINGTON; KEVIN H. CAYEMITTE; RICHARD MORRIS; WAITMAN FRAME, JR.; LANCE SMITH; RONALD WALLS; TYRONE WYATT-SMITH,

Intervenors/Plaintiffs,

v.

BETSY C. JIVIDEN, Commissioner of WVDOCR,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Thomas S. Kleeh, Chief District Judge.  (1:20-cv-00269-TSK)

Submitted:  October 13, 2022                    Decided:  October 17, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jayson Bradley White, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jayson Bradley White appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *White v. Jividen*, No. 1:20-cv-00269-TSK (N.D.W. Va. Sept. 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*